# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

THOMAS GERLACH,

Appellant,

v.

CHRISTINE GERLACH,

Appellee.

No. 2D23-1214
_____

March 27, 2024

Appeal from the Circuit Court for Pasco County; Daniel D. Diskey, Judge.

Thomas Gerlach, pro se.

Christine Gerlach, pro se.

PER CURIAM.

     Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.